UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:09CR33-DJS |
| | ) | |
| **BRYAN CHISSEM,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon careful consideration of the United States Magistrate Judge's report and recommendation, and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #22] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence [Doc. #19] is denied.

Dated this  7th  day of May, 2009.

                                           /s/ Donald J. Stohr
                                           UNITED STATES DISTRICT JUDGE